**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (SBN: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Debtor and Debtor-in-Possession

**MASCHOFF BRENNAN**
David J. Williams (SBN: 236919)
dwillaims@babr.com
Quincy J. Chuck (SBN 307857)
qchuck@mabr.com
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:    (949) 202-1900
Facsimile:    (949) 453-1104

Special Litigation Counsel for Plaintiff
Treetop Development, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Treetop Development, LLC,<br><br>  Debtor. | Case No. 2:22-bk-14165-BB<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01178-BB |
| Treetop Development LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>Skylark Capital Management, LLC, a California limited liability Company,<br><br>  Defendant. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

**TO: THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF COURTS FOR THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 7041 and Local Bankruptcy Rule 7041-1(d), debtor Treetop Development, LLC ("Plaintiff"), the plaintiff in the above-captioned adversary proceeding (this "Adversary Proceeding"), by and through its undersigned counsel, hereby dismisses this Adversary Proceeding with prejudice.

PLEASE TAKE FURTHER NOTICE that this dismissal of the Adversary Proceeding is made in accordance with the settlement between and among Plaintiff and its lenders, which was approved by this Court on May 20, 2024 [Case No. 2:22-bk-14165-BB, ECF No. 403] and provides for the dismissal of this Adversary Proceeding.

Dated: June 11, 2024    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Sharon Z. Weiss*
Sharon Z. Weiss
Attorneys for Debtor-In-Possession

## PROOF OF SERVICE OF DOCUMENT(S)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled (*specify*): **PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2024 | Raul Morales | *Raul Morales* |
|---|---|---|
| Date | Printed Name | Signature |

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Quincy Chuck
  qchuck@mabr.com, cnickol@mabr.com;maschoff-ecfs_notice@juralaw.net

- Lewis R Landau
  Lew@Landaunet.com

- Ronald N Richards
  ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- David J Williams
  dwilliams@mabr.com, cnickol@mabr.com;maschoff-ecfs_notice@juralaw.net